IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01301-BNB
(Removal from District Court, Denver County, Colorado,
*People of the State of Colorado v. Dean Carbajal,*
Case Nos. 10CR1576 and 10CR1600)

THE PEOPLE OF THE STATE OF COLORADO,

      Plaintiff,

v.

DEAN CARBAJAL,

      Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 3 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER

---

      This case was inadvertently opened as a civil action.  Defendant is seeking removal of his state criminal prosecution to this Court.  The case should be filed as a criminal action.  Accordingly, it is

      ORDERED that the Clerk of the Court close the instant action.  It is

      FURTHER ORDERED that the Clerk of the Court open a criminal action and docket all filings from the this case in the criminal action.

      DATED May 23, 2011, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01301-BNB

Dean Carbajal
Prisoner No. 110955
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215- 0999

I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on May 23, 2011.

GREGORY C. LANGHAM, CLERK

By:_____

Deputy Clerk