**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00219-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEAN CARBAJAL,

    Defendant.

---

**ORDER DENYING REQUEST FOR RECONSIDERATION**

---

This matter is before the Court on Defendant's Contemporaneous Object [sic] and Petition for Rehearing on Removal (Doc. # 5), which the Court deems a motion. The Court, having reviewed the motion and the case file, hereby ORDERS that the motion is DENIED.

    DATED:  June   21  , 2011

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge