**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00219-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEAB CARBAJAL,

    Defendant.

---

**ORDER DENYING MOTION TO CLARIFY AND PROCEED WITH APPEAL**

---

This matter is before the Court on Defendant's Motion to Clarify and Proceed with Appeal. (Doc. # 7.) In this Motion, Defendant requests that the record be corrected and that he be allowed to proceed with his appeal of his denial of a Writ of Mandamus/Prohibition in the Colorado Supreme Court.

In this case, Defendant sought removal of his state criminal prosecution to this Court. Although it was inadvertently opened as a civil action, Magistrate Judge Boyd N. Boland closed the civil action and ordered the case to be filed as a criminal action. (Doc. # 2.) On May 27, 2011, the Court summarily remanded the criminal action pursuant to 28 U.S.C. § 1446(c)(4). (Doc. # 3.) The Court found that Defendant had not complied with the procedural requirements for removing his state criminal cases to this Court, nor was removal appropriate as a substantive matter. Defendant then filed a "Contemporaneous Object and Petition for Rehearing on Removal," which the Court deemed a motion for

reconsideration. The motion for reconsideration was denied. (Doc. # 6.)

Defendant appears not to comprehend the import of the Court's Order for Summary Remand. Pursuant to that Order, this case has been remanded to state court.[1] Thus, this case is no longer before this Court. The Court lacks jurisdiction to take any further action in the matter.

Accordingly, Defendant's Motion (Doc. # 7) is DENIED. It is FURTHER ORDERED that the Clerk of the Court shall strike any further filings from Defendant in this case. This case is closed.

DATED: August 10, 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] There is nothing in that Order that would preclude Defendant from proceeding with his appeal of his denial of a Writ of Mandamus/Prohibition in the Colorado Supreme Court.